UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSE

| | |
|---|---|
| PAUL R. WATKINS, )<br>)<br>Plaintiff, )<br>) | |
| ) | CASE NO. 3:12-cv-0192 |
| v. ) | JUDGE HAYNES |
| ) | |
| UNITED STATES POSTAL SERVICE, )<br>) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO DISMISS

Defendant, United States Postal Service, by and through the undersigned Assistant United States Attorney hereby moves to dismiss this action pursuant to 42 U.S.C. § 2000e-16(c) and Rule 12(b)(1) of the Federal Rules of Civil Procedure. The grounds for this Motion is that this Court lacks subject-matter jurisdiction. Plaintiff has named improper party defendants and fails to name a proper federal defendant. In support of this Motion, Defendant respectfully refers the Court to its accompanying Memorandum in Support.

    Respectfully submitted,

    JERRY E. MARTIN
    UNITED STATES ATTORNEY

BY:  s/ Mercedes C. Maynor-Faulcon
    MERCEDES C. MAYNOR-FAULCON
    Assistant United States Attorney
    110 9th Avenue South, Suite A-961
    Nashville, TN 37203-3870
    Telephone Number: (615) 736-5151
    B.P.R. # 013330

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August 2012, a copy of the foregoing was forward by regular United States mail, postage prepaid to the following:

> Paul R. Watkins
> 3976 Stephens Ridgeway
> Antioch, TN 37013
> *Plaintiff*

s/ Mercedes C. Maynor-Faulcon
MERCEDES C. MAYNOR-FAULCON
Assistant United States Attorney
